UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLARD E. BARTEL,
as personal representative
of the ESTATE OF
JOSEPH L. DENNIS

VERSUS

AMERICAN EXPORT ISBRANDTSEN, ET AL

CIVIL ACTION

NO. 14-257-JJB-RLB
C/W NO. 14-261-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 6, 2014 (doc. no. 33). The defendants filed an objection which restates their prior argument. The Magistrate Judge's application of the law is correct.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Remand is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 4th day of December, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE